

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00239-CV

———————————————

NYTEX SPORTS, LLC, Appellant

V.

TEJAS VOLLEYBALL CLUB AND KEVIN ANDERSON, Appellees

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-291955-17

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss Appeal Without Prejudice," which is unopposed. We grant the motion and dismiss the appeal without prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 19, 2019